UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CV 17-00230-SVW (AGRx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| $27,800.00 IN U.S. CURRENCY | |
| Defendant. | JS-6 |
| WILLIAM C. BATEMAN, | |
| Claimant. | |

///
///
///
///
///
///
///
///

Plaintiff United States of America ("the government") and claimant William C. Bateman (the "Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have had in the defendant currency, $27,800.00 in U.S. Currency.

The civil forfeiture action captioned above was commenced on January 11, 2017. Notice was given and published according to law. Claimant William C. Bateman filed a claim on March 27, 2017 (Dkt. No. 17). No other claims or answers were filed and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $22,800.00 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining $5,000.00 of the defendant currency, without any interest, shall be returned to the Claimant as follows: The funds are to be made payable via ACH deposit to Claimant's attorney, Jacek Lentz, Esq., The Lentz Law Firm, P.C., 1200 Wilshire Blvd., Suite 406, Los Angeles, California 90017. Mr. Lentz agrees that he will provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: April 12, 2017

THE HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/ Yasin M. Almadani
YASIN M. ALMADANI
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA